IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD SHRABLE                                                                                          PLAINTIFF

v.                                        CASE NO. 4:10cv02066 JTK

EATON CORPORATION                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendant Eaton Corporation's motion for summary judgment be granted as to Plaintiff Donald Shrable's ERISA and FLSA retaliation claims. Plaintiff Shrable's state law ACRA claim is dismissed without prejudice.

SO ORDERED this 20th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE